[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 97-1096

UNITED STATES,

Appellee,

v.

CARLOS RENE GONZALEZ-CORREA,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Daniel R. Dominguez, U.S. District Judge] 

Before

Selya, Boudin and Stahl,
Circuit Judges. 

Lucien B. Campbell, Acting Federal Public Defender, and Laura 
Maldonado Rodriguez, Assistant Federal Public Defender, on brief for 
appellant.
Guillermo Gil, United States Attorney, Nelson Perez-Sosa, Antonio 
R. Bazan, Assistant United States Attorneys, and Jose A. Quiles- 
Espinosa, Senior Litigation Counsel, on brief for appellee. 

June 20, 1997


Per Curiam. Upon careful review of the parties' briefs 

and the record, we find no reason to overturn the district

court's conclusion. We cannot say that the district court's

findings were clearly erroneous.

The sentence is affirmed. See 1st Cir. Loc. R. 27.1. 

-2-